AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Dean Fagerstrom

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-204

City of Savannah, GA and Willie C. Lovett, Individually

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 15, 2014 granting the defendants' motions for summary judgment, judgment is entered dismissing this case.

September 15, 2014
Date

Scott L. Poff
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/1/03